|   |   |
|---|---|
| 1  Arasto Farsad, ESQ. (SBN 273118)<br>   FARSAD LAW OFFICE, P.C.<br>2  2905 Stender Way Suite 76<br>   Santa Clara CA 95054<br>3  Tel: (408) 641-9966<br>   Fax: (408) 866-7334<br>4  Email: farsadlaw1@gmail.com<br><br>5  Attorney for Plaintiff:<br>   SOHRAB EZAZ |  |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOHRAB EZAZ,<br><br>        Plaintiff,<br><br>    v.<br><br>BAYVIEW LOAN SERVICING, LLC; AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>        Defendant(s). | Case No.: 5:17-cv-00821-EJD<br><br>[The Honorable Edward J Davila]<br><br>NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>[Fed. R. of Civ. P. 41(a)(1)(A)(i)] |

TO THE HONORABLE JUDGE EDWARD J. DAVILA: Plaintiff SOHRAB EZAZ, by and through his attorney of record, respectfully submits this Notice of Voluntary Dismissal of Action with prejudice pursuant to FRCP Rule 41(a)(1)(A)(i). Rule 41(a)(1)(A) allows dismissal of an action without order of the court before the opposing party serves either an answer or a motion for summary judgment. *See Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc*. (9th Cir. 1999) 193 F.3d 1074, 1077.

Defendant BAYVIEW LOAN SERVICING, LLC, has neither answered Plaintiff's complaint, nor filed a motion for summary judgment. WHEREFORE, Plaintiff hereby dismisses

1 | this case with prejudice pursuant to Rule 41(a)(1)(A).

                                              Respectfully submitted,

Dated: **August 28, 2017**        FARSAD LAW OFFICE, P.C.

                                              By: */s/ Arasto Farsad*
                                                   Arasto Farsad
                                                   FARSAD LAW OFFICE, P.C.
                                                 Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, Marc Light, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Santa Clara, California; my business address is 2905 Stender Way, Suite 76, Santa Clara, CA 95054. On the date below, I served a copy of the foregoing document entitled: <u>Notice of Voluntary Dismissal of Action with Prejudice</u>, on the interested parties in said case as follows:

*Served Via USPS Mail (First Class):*

BAYVIEW LOAN SERVICING, LLC
c/o Malcolm & Cisneros
William G. Malcolm, Esq.
Charlie Nunley, Esq.
2112 Business Center Drive
Irvine CA 92612
(*Counsel for Defendant*)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Santa Clara, California on **August 28, 2017**

Marc Light                                    */s/ Marc Light*